S. LANE TUCKER
United States Attorney

GEORGE TRAN
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: george.tran@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br> vs.<br><br>MAX DANIEL REDER,<br><br>      Defendant. | No. 3:22-cr-00063-JMK-KFR<br><br>COUNT 1:<br>FELON IN POSSESSION OF FIREARMS<br> Vio. of 18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br><br>COUNT 2:<br>POSSESSION, RECEIPT, AND SALE OF STOLEN FIREARMS<br> Vio. of 18 U.S.C. §§ 922(j) and 924(a)(2) |

I N D I C T M E N T

The Grand Jury charges that:

//

//

## COUNT 1

Between October 1, 2020, and on or about October 31, 2020, within the District of Alaska, the defendant, MAX DANIEL REDER, knowing that he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, firearms to wit:

1. Armi San Marco Revolver, Model: Single Action Army, Caliber: 32-20;
2. Armi Sport (Chiappa) Rifle, Caliber: 38-40;
3. Browning Shotgun, Model: Citori, Caliber: 12;
4. Browning Shotgun, Caliber: 12;
5. Browning Pistol, Model: 1911-22, Caliber: .22;
6. Browning Rifle, Model: 92, Caliber: .44 MAG;
7. Browning Rifle, Caliber: 30-06;
8. Colt Revolver, Model: Single Action Army, Caliber: 38-40;
9. Colt Pistol, Model: Mark IV, Caliber: .45;
10. Colt Revolver, Caliber: 32-20;
11. Colt Revolver, Model: Single Action Army, Caliber: .45;
12. Colt Revolver, Model: Single Action Army, Caliber: .44 Special;
13. Colt Revolver, Model: Single Action Army (1871 NRA Centennial 1971 edition), Caliber: .45;
14. Colt Revolver, Model: Single Action Army (Peacemaker .22 edition), Caliber: .22;
15. Colt Revolver, Model: Single Action Army, Caliber: .45;

16. Colt Revolver, Model: Army Special, Caliber: 32-20;

17. Mossberg Shotgun, Model: 500C, Caliber: 20;

18. Remington Rifle, Model: 700, Caliber: .375 H&H;

19. Remington Rifle, Model: 1903, Caliber: 30-06;

20. Rossi Rifle, Model: 92 SRC, Caliber: .38 SPC - .357 MAG;

21. Ruger Revolver, Model: Blackhawk, Caliber: .41 MAG;

22. Ruger Revolver, Model: Blackhawk, Caliber: .357;

23. Ruger Pistol, Model: Mark II, Caliber: .22;

24. Ruger Pistol, Model: N/A, Caliber: .22;

25. Sako Rifle, Model: Forester, Caliber: .308;

26. Sako Rifle, Model: Forester, Caliber: 22-250;

27. Smith and Wesson Revolver, Model: 29-2, Caliber: .44 MAG;

28. Springfield Armory Rifle, Model: M1 Garand, Caliber: .30;

29. Uberti Revolver, Model: Cattleman, Caliber: .44 MAG;

30. Weatherby Rifle, Model: Mark V, Caliber; .300 MAG;

31. Winchester Rifle, Model: 94, Caliber: 38-55;

32. Winchester Rifle, Model: 9422, Caliber: .22;

33. Winchester Shotgun, Model: 59, Caliber: 12; and

34. Winchester Shotgun, Model: 23 XTR, Caliber: 12.

//

//

Prior Convictions

| Date | Offense | Court | Case Number |
|---|---|---|---|
| December 4, 2017 | Burglary in the Second Degree | State of Alaska Superior Court | 3AN-17-05431CR |
| December 4, 2017 | Burglary in the Second Degree | State of Alaska Superior Court | 3AN-17-02376CR |

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## COUNT 2

Between October 1, 2020, and on or about October 31, 2020, within the District of Alaska, the defendant, MAX DANIEL REDER, knowingly possessed, received, stored, bartered, and sold stolen firearms, which had been shipped and transported in interstate commerce, which were moving as, were part of, and which constituted interstate commerce, knowing and having reasonable cause to believe the following firearms were stolen:

1. Colt Pistol, Model: Mark IV, Caliber: .45;
2. Ruger Revolver, Model: Blackhawk, Caliber: .41 MAG;
3. Sako Rifle, Model: Forester, Caliber: .308;
4. Weatherby Rifle, Model: Mark V, Caliber; .300 MAG;
5. Winchester Shotgun, Model: 23 XTR, Caliber: 12;
6. Winchester Rifle, Model: 94, Caliber: 38-55;
7. Browning Shotgun, Caliber: 12;
8. Remington Rifle, Model: 700, Caliber: .375 H&H; and

9. Colt Revolver, Model: Single Action Army, Caliber: 38-40.

All of which is in violation of 18 U.S.C. §§ 922(j) and 924(a)(2).

A TRUE BILL.

s/ Grand Jury Foreperson<br>GRAND JURY FOREPERSON

s/ George Tran
GEORGE TRAN
Assistant United States Attorney
United States of America


s/ Bryan Wilson for
S. LANE TUCKER
United States Attorney
United States of America


DATE:   August 16, 2022