IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MAX DANIEL REDER,<br><br>    Defendant. | Case No. 3:22-cr-00063-JMK |

## ORDER RE FINAL REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY

A plea agreement was filed in this case at Docket 23. Pursuant to Rules 11 and 59 of the Federal Rules of Criminal Procedure, this matter was referred to the Honorable Magistrate Judge Kyle F. Reardon by the District Court, with the written and oral consents of Defendant, counsel for Defendant, and counsel for the United States. A proposed change of plea hearing was held before the Magistrate Judge at which Mr. Reder entered a guilty plea to Count 1 of the Indictment, which is a violation of 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm or Ammunition.

Judge Reardon issued a Final Report and Recommendation at Docket 27, in which he recommended that the District Court accept the Defendant's plea of guilty to Count 1. No objections to the Final Report and Recommendation have been filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). The Court has reviewed the Final Report and Recommendation and adopts it. Accordingly, IT IS ORDERED that the Court ACCEPTS Defendant's plea of guilty to Count 1, Conspiracy to Violation the Clean Air Act. Defendant is adjudged GUILTY of Count 1.

The Imposition of Sentence hearing in this matter is confirmed for February 10, 2023, at 11:00 a.m. in Anchorage Courtroom 3.

DATED this 28th day of December, 2022 at Anchorage, Alaska.

                                                   */s/ Joshua M. Kindred*
                                                   JOSHUA M. KINDRED
                                                 United States District Judge

*United States v. Max Daniel Reder*     Case No. 3:22-cr-00063-JMK
Order re Final Report and Recommendation     Page 2
Case 3:22-cr-00063-JMK-KFR    Document 28    Filed 12/28/22    Page 2 of 2